■ HENRY CROIX, as Executor of CAMILLE CROIX, Deceased, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent. GEORGE FRANCHET, Appellant, v. NEW YORK CITY TRANSIT AUTHORITY, Respondent.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ ANNA L. DAWSON et al., Respondents, v. SEBASTIAN NICI, Appellant, et al., Defendants. LORRAINE MUELLER, Respondent, et al., Plaintiff, v. SEBASTIAN NICI, Appellant. (And four Other Actions.)

Brennan, Acting P. J., Hopkins, Benjamin, Munder and Nolan, JJ., concur.